# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>JOSE ROBERTO OYUELA<br>MAYRA YANETH LOPEZ<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 08-29043 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Check City<br>PO Box 970183<br>Orem, UT 84079 | $1.76 |
| Rocky Mountain Power<br>Att: Bankruptcy Dept<br>PO Box 25308<br>SLC, UT 84125-0308 | $0.92 |
| Qwest Corp.<br>Att: Jane Frey<br>1801 California Street Room 900<br>Denver, CO 80202-2658 | $0.78 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3.46** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of January, 2010.

_____/s/_____
Steven R. Bailey, Trustee