## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| JOSE ROBERTO OYUELA<br>MAYRA YANETH LOPEZ<br>Debtor. | CASE NO. 08-29043 |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X    A**  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____**B**  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Jose Roberto Oyuela<br>Mayra Yaneth Lopez<br>1168 North 360 West<br>Logan, UT 84321 | $1,107.20 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1,107.20** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 2nd day of February, 2010.

_____/s/_____
Steven R. Bailey, Trustee